IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK M. HUGHEY,<br>    Petitioner,<br><br>    v.<br><br><br>COMMONWEALTH OF PENNSYLVANIA,<br>et al.,<br>    Respondents. | 2:15cv1148<br>Electronic Filing |

## MEMORANDUM ORDER

AND NOW, this 6th day of January, 2016, after the petitioner, Patrick M. Hughey, submitted a petition for a writ of habeas corpus without payment of the filing fee or a motion to proceed in forma pauperis, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 3), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus submitted by petitioner (ECF No. 1) is dismissed for failure to prosecute. The Clerk shall mark this case CLOSED.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

*DS Cercone*
_____
David Stewart Cercone
United States District Judge

cc: Patrick M. Hughey
Washington County Jail
100 West Cherry Avenue
Washington, PA 15301

Patrick M. Hughey
Progress CCC
179 Progress Avenue
Waynesburg, PA 15370-8090

(*Via First Class Mail*)